IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEWAYNE C. SIMMONS,
    Plaintiff,

vs.                                       Case No.: 3:11cv345/RV/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 4, 2012 (doc. 9).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objection thereto (doc. 10), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file

**DONE AND ORDERED** this 19th day of June, 2012.

                                           /s/ *Roger Vinson*
                                           **ROGER VINSON**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**